UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

Victoria Towers Development Mezz Corp.,    Case No. 20-72405 (REG)

                              Debtor,

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Backenroth, Frankel & Krinsky, LLP ("BFK"), appears in this case as attorneys for Abraham Leser. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), BFK requests, on behalf of Abraham Leser, that all notices given or required to be given in this case and all papers served or required to be served on Abraham Leser, be served upon the undersigned at the following office address, facsimile number, telephone number, and e-mail addresses:

Backenroth, Frankel & Krinsky, LLP
800 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 593-1100
Fax: (212) 644-0544
Attn: Abraham Backenroth, Esq.
E-Mail: abackenroth@bfklaw.com
Attn: Scott Krinsky, Esq.
E-Mail: skrinsky@bfklaw.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above case.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and request for service of papers is without prejudice to the rights, remedies, and claims of the Abraham Leser, and shall not be deemed or construed to be a waiver of his rights to: (1) have final orders in non-core matters entered only after de novo review by a District Judge; (2) trial by jury in any proceeding related to this case; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:   New York, New York
         September 4, 2020

                                         BACKENROTH, FRANKEL & KRINSKY, LLP
                                         Attorneys for Abraham Leser

                                              /s/Abraham Backenroth
                                        By:_____
                                        Abraham Backenroth, Esq. (AB-1989)
                                        800 Third Avenue, 11th Floor
                                        New York, New York 10022
                                        (212) 593-1100